UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-4094 MWF (PJWx)**                             Date:  July 20, 2020

Title   **William Erick Young ~v~ United States of America, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**     **COURT ORDER**

In light of the Notice of Settlement [19] filed July 14, 2020, the Court sets a hearing on **Order to Show Cause Re Dismissal** for **September 14, 2020** at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances are needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm